UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NICOLAS JUAN NICOLAS,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER,<br>Respondent. | Case No. 5:26-cv-02570-FWS-DTB<br><br>**ORDER ACCEPTING IN PART AND MODIFYING IN PART FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [20]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the First Amended Petition, (Dkt. 18 (“FAP”)), the files and records of the case, and the August 10, 2026, Report and Recommendation of the United States Magistrate Judge, (Dkt. 20 (“Report and Recommendation”)). No objections to the Report and Recommendation have been filed herein. (*See generally* Dkt.)

“A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.” 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3) (stating “[t]he district judge must determine de novo any part of the magistrate judge’s disposition that has been

properly objected to," and "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions"). Proper objections require "specific written objections to the proposed findings and recommendations" of the magistrate judge. Fed. R. Civ. P. 72(b)(2). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."). Where no objection has been made, arguments challenging a finding are deemed waived. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."). Moreover, "[o]bjections to a R&R are not a vehicle to relitigate the same arguments carefully considered and rejected by the Magistrate Judge." *Chith v. Haynes*, 2021 WL 4744596, at *1 (W.D. Wash. Oct. 12, 2021).

Having reviewed the Report and Recommendation and the record, the court accepts in part and modifies in part the findings, conclusions and recommendations of the Magistrate Judge. Accordingly, based on the foregoing, **IT IS ORDERED** that the FAP is **GRANTED** and Judgment shall be entered as follows:

///

///

///

(1) Respondent shall release Petitioner Nicholas Juan Nicholas (A# 249-036-482) forthwith from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained;

(2) Respondent and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner Nicholas Juan Nicholas (A# 249-036-482) absent compliance with the applicable law, including constitutional provisions, statutory law, and case law;

(3) Respondents shall provide Petitioner with a copy of this Order at or near the time of release; and

(4) Within three days of the date of this Order, Respondent shall file a Notice of Release with this court confirming Petitioner's release and return of his personal property and documents.

Dated: August 21, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE