JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

NICOLAS JUAN NICOLAS,

Petitioner,

v.

WARDEN of Adelanto ICE Processing Center,

Respondent.

Case No. 5:26-cv-02570-FWS-DTB

**JUDGMENT**

Pursuant to the Order Accepting in Part and Modifying in Part the Findings, Conclusions and Recommendations of the Magistrate Judge (the "Order"),

IT IS ORDERED AND ADJUDGED that the Amended Petition for Writ of Habeas Corpus, (Dkt. 18 ("Amended Petition"), is granted on the terms set forth in the Order, and that judgment is entered in favor of Petitioner Nicolas Juan Nicolas (A-Number 249-036-482) and against Respondent. The Order constitutes final disposition of the Amended Petition by the Court.

Dated: August 21, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE